UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARCISO T. MORALES,<br><br>    Petitioner,<br><br>    v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    Respondent. | Case No.  16-cv-01466-JCS (PR)<br><br>**ORDER OF TRANSFER** |

In this federal habeas action, petitioner challenges convictions he received in the Madera County Superior Court, which lies in the Eastern District.  Accordingly, this action is TRANSFERRED to the Eastern District of California, as that is the district of conviction.  28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3(b).  The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

Dated:  March 31, 2016

                                                                _____<br>
                                                                JOSEPH C. SPERO<br>
                                                                Chief Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARCISO T. MORALES,<br><br>   Plaintiff,<br><br>  v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>   Defendant. | Case No.  16-cv-01466-JCS<br><br>**CERTIFICATE OF SERVICE** |

  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

  That on March 31, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Narciso T. Morales ID: ID: AR-5898
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960


Dated: March 31, 2016

                Susan Y. Soong
                Clerk, United States District Court

                By:_____
                Karen Hom, Deputy Clerk to the
                Honorable JOSEPH C. SPERO